UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Leger                                                                  Civil Action No. 11-1539

versus                                                                 Judge Tucker L. Melançon

Offshore Staffing Services of Acadiana          Magistrate Judge C. Michael Hill

**JUDGMENT**

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly, it is

**ORDERED** that the Motion For Contempt filed by plaintiff, Michael H. Leger, [Rec. Doc. 27] is **DENIED**.

**IT IS FURTHER ORDERED** that Judgment be entered in favor of plaintiff, Michael H. Leger, and against defendant, Offshore Staffing Services of Acadiana, Inc., in the principal sum of $20,910.16 as of February 15, 2012, and accruing at the rate of $25.00 per day thereafter, until paid in full, plus pre-judgment interest from the date of judicial demand to the date of entry of this Judgment and post-judgment interest from the date of entry of this Judgment at the federal rate specified in 28 U.S.C. § 1961(a).

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 15th day of February, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE